IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN,     Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 21-CV-2193 |
| LAUREL MEDICAL MANAGEMENT GROUP, *et al.*,     Defendants. | : : : | |

### ORDER

AND NOW, this 19th day of July, 2021, upon consideration of *pro se* Plaintiff Andrew Fullman's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons discussed in the Court's Memorandum. Fullman may either file an amended complaint by **August 19, 2021**, or stand on his original Complaint.

BY THE COURT:

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**